**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01979-AP

SUSAN PAULSON,

                            Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                            Defendant.

---

**REVISED JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**Note regarding revision:**

Ms. Harriss, counsel for Plaintiff, was unable to contact Mr. Warner, counsel for Defendant, because Mr. Warner was out on unexpected medical leave. To comply with the Court's scheduled deadline, Ms. Harriss filed a JCMP without Mr. Warner's signature.

After Mr. Warner returned from medical leave, he and Ms. Harriss discussed the JCMP and agreed to the inclusion of the terms below. The parties also agreed to filing a revised JCMP with Mr. Warner's signature.

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                            <u>For Plaintiff</u>:
                            Gail C. Harriss
                            GAIL C. HARRISS, LLC
                            450 S. Camino del Rio, Suite 201
                            Durango, CO 81301
                            Telephone:  (970) 247-4411
                            Fax: (970) 247-1482
                            Gharriss@harrisslaw.com

                            <u>For Defendant</u>:
                            JOHN  F. WALSH
                            United States Attorney

J. BENEDICT. GARCIA
Assistant United States Attorney
M. THAYNE WARNER
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7237
Thayne.warner@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed:   July 30, 2012
    B. Date Complaint Was Served on U.S. Attorney's Office:   September 4, 2012
    C. Date Answer and Administrative Record Were Filed:   November 26, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** It appears that the Record may be incomplete. In her letter to the Appeals Council dated April 21, 2011, (Admin. Record pps. 772 - 793), claimant states that she is enclosing her last patient plan from Dr. Fairley. Rec. 793. Upon a brief review of the Record, it does not appear that this patient note has been included. Plaintiff's counsel will attempt to obtain this patient plan and requests that it be included in the Record.

    Other than this document, to the best of Plaintiff's knowledge the Record is complete.

    **Defendant states:** To the best of his knowledge, the Record is complete. Based on the factual matters underlying the exclusion of the document Plaintiff references, Defendant may argue that such evidence should not be considered in this case.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated, other than as indicated in No.4 above.
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

>**Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
>**Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

>This case is on remand form United States District Court.  The Honorable John L. Kane, Senior Judge, entered the Order of Remand in Civil Action No. 09-cv-1116-AP on December 22, 2009 (Rec. 826), pursuant to Defendant's Unopposed Motion to Remand for Further Administrative Proceedings. Rec. 827 - 829.

**8. BRIEFING SCHEDULE**

>**A. Plaintiff's Opening Brief Due:   January 25, 2013**
>**B. Defendant's Response Brief Due:   February 25, 2013**
>**C. Plaintiff's Reply Brief (If Any) Due: March 12, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

>**A. Plaintiff's Statement:** Oral Argument is not requested.
>**B. Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

>A.   **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
>
>B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a

showing of good cause.

DATED this 18th day of December, 20112.

BY THE COURT:

*s/John L. Kane* _____
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/  **Gail C. Harriss**
By:  Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone:  (970) 247-4411
Fax: (970) 247-1482
gharriss@harrisslaw.com

For Defendant:

JOHN  F. WALSH
United States Attorney

J. BENEDICT. GARCIA
Assistant United States Attorney

**s/ M. Thayne Warner**
By:  M. THAYNE WARNER
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7237
Thayne.warner@ssa.gov