**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01979-CMA

SUSAN PAULSON

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Reversing and Remanding ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on August 9, 2013 it is

      ORDERED that the decision of the administrative Law Judge is reversed and remanded to the Commissioner for proceedings consistent with the Court's Order.  It is

      FURTHER ORDERED that Plaintiff SUSAN PAULSON shall recover costs from Defendant Carolyn W. Colvin, Commissioner of Social Security consistent with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated at Denver, Colorado this 9th day of August, 2013.

      FOR THE COURT:
      JEFFREY P. COLWELL, CLERK

      By: s/Sandra Hartmann

      Sandra Hartmann, Deputy Clerk